No. 04–527.  THERM-ALL, INC. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–532.  MARTIN *v.* KLINE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–539.  AMERICAN FAMILY ASSN., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 04–546.  ARMSTRONG *v.* RUSHTON, TRUSTEE, ET AL.; ARMSTRONG *v.* RUSHTON, TRUSTEE, ET AL.; ARMSTRONG *v.* RUSHTON, TRUSTEE, ET AL.; ARMSTRONG *v.* RUSTON, TRUSTEE, ET AL.; and ARMSTRONG *v.* RUSHTON, TRUSTEE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–554.  SHIPSEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–556.  LENOCI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 04–5226.  HIGGS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–5302.  SNYDER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–5386.  BRAZZEL *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 04–5441.  MAGALLANES-NIETO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–5442.  MARTIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–5456.  DE ANDA-DUENEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–5502.  WILL *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 04–5540.  WATTS *v.* RUNNELS, WARDEN.  C. A. 9th Cir.  Certiorari denied.